# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# AT LEXINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    **Plaintiff,**<br><br>**V.**<br><br>**LAMAR CHAVES THORNTON,**<br>    **Defendant.** | **CRIMINAL NO. 5:17-26-KKC-REW**<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the Recommended Disposition of Magistrate Judge Robert E. Wier. (DE 57). Defendant Lamar Chaves Thornton filed a sealed motion asking the Court to determine competency pursuant to 18 U.S.C. § 4241(a) on May 12, 2017. (DE 42). The Magistrate Judge ordered a custodial evaluation, which occurred at Federal Medical Center Lexington. (DE 54). Allyson N. Wood, Psy.D., a licensed psychologist, issued a forensic evaluation report opining that Thornton is competent for further proceedings. (DE 54, at 8-9). On August 15, 2017, the Magistrate Judge conducted a competency hearing in this matter per 18 U.S.C. §§ 4241 and 4247(d). (DE 55). In his Recommended Disposition, the Magistrate Judge found, per § 4241(a) that Thornton "is able to understand the nature and consequences of the proceedings and can assist properly in his defense" and recommended that this Court find Thornton competent to face further proceedings. (DE 57, at 5). Thornton has not filed objections to the Recommended Disposition within the time allotted by 28 U.S.C. § 636(b)(1)(B) and Fed. R. Crim. P. 59(b)(2) and therefore has waived his right to review.

Accordingly, the Court **HEREBY ORDERS** that:

1. the Magistrate Judge's Recommended Disposition (DE 57) is **ADOPTED** as and for the opinion of the Court, and

2. Defendant Thornton is competent to face further proceedings in this matter.

Dated October 18, 2017.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY