**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**AT LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 5:17-26-KKC-HAI-3** |
| | **CIVIL NO. 5:21-284-KKC-HAI** |
| **Plaintiff/Respondent,** | |
| **V.** | **ORDER** |
| **LAMAR CHAVES THORNTON,** | |
| **Defendant/Petitioner.** | |

**\*\*\* \*\*\* \*\*\***

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge Hanly A. Ingram.  (DE 463.)  Magistrate Judge Ingram conducted an initial review of Petitioner Lamar Chaves Thornton's motion (DE 462) to vacate his sentence under 28 U.S.C. § 2255, pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings. Thornton's motion involves a variety of undeveloped claims including: ineffective assistance of counsel, due process violations, prosecutorial misconduct, a "perjury-trap doctrine" claim, and First and Fourth Amendment violations. The magistrate judge also analyzed whether the claim required an evidentiary hearing. Magistrate Judge Ingram found that Thornton is plainly not entitled to any relief, that an evidentiary hearing is not required, and that Thornton has not made a "substantial showing" as to any claimed denial of his constitutional rights.

The recommended disposition instructed the Petitioner to file specific written objections within fourteen (14) days after being served with the decision, or else

waive his right to further review.  (DE 463 at 9.)  Petitioner has not objected and the time to do so has now passed. Where, as here, neither party objects to a magistrate judge's findings, "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Having reviewed the record and the magistrate judge's Report and Recommendation, the Court agrees with the magistrate judge's analysis and conclusions. Accordingly, the Court HEREBY ORDERS:

(1) The magistrate judge's Report and Recommendation (DE 463) is ADOPTED as the opinion of the Court;

(2) Petitioner's motion to vacate under 28 U.S.C. § 2255 (DE 462) is DISMISSED WITH PREJUDICE;

(3) A certificate of appealability SHALL NOT issue, Petitioner having failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); and

(4) A Judgement will be entered contemporaneously with this Order.

This 7th day of January, 2022.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY