**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**AT LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 5:17-26-KKC-HAI-3** |
| | **CIVIL NO. 5:21-284-KKC-HAI** |
| **Plaintiff/Respondent,** | |
| **V.** | **JUDGMENT** |
| **LAMAR CHAVES THORNTON,** | |
| **Defendant/Petitioner.** | |

\*\*\* \*\*\* \*\*\*

In accordance with the order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

(1) The magistrate judge's Report and Recommendation (DE 463) is ADOPTED as the opinion of the Court;

(2) Petitioner's motion to vacate under 28 U.S.C. § 2255 (DE 462) is DISMISSED WITH PREJUDICE;

(3) A certificate of appealability SHALL NOT issue; and

(4) This matter is DISMISSED and STRICKEN from the Court's active docket.

This 7th day of January, 2022.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY